# UNITED STATES DISTRICT COURT
для the
Middle District of North Carolina

| United States of America | ) |
| v. | ) |
| Carlos Heriberto Mendoza-Martinez | ) Case No. 1:25mj376 |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 20, 2025__ in the county of __Durham__ in the __Middle__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a), (b)(1) | The defendant, an alien, was found in the United States after having previously convicted of a felony offense on May 12, 2010, and removed from the United States on July 11, 2013, at Laredo, Texas, and again on August 12, 2024, at Brownsville, Texas, and not having obtained the express consent of the Attorney General or Secretary of Homeland Security, to apply for admission thereto, in violation of 8 U.S.C. § 1326(a), (b)(1). |

This criminal complaint is based on these facts:
please see attached affidavit

☑ Continued on the attached sheet.

/s/ Ronald Dorman
*Complainant's signature*

Ronald Dorman, Deportation Officer, ICE
*Printed name and title*

On this day, _Ronald Dorman_ appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this Complaint.
Date: 09/24/25

*Judge's signature*

L. Patrick Auld, U.S. Magistrate Judge
*Printed name and title*

City and state: Greensboro, North Carolina

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

AFFIDAVIT

1. I, Ronald Dorman, having been duly sworn, do hereby depose and state: I am a Deportation Officer with the Department of Homeland Security, Immigration and Customs Enforcement (ICE), formerly known as the Immigration and Naturalization Service (INS), assigned to the Cary, North Carolina office. I began my federal law enforcement career with the United States Border Patrol on January 2nd, 1996. In December of 2008, I transferred to ICE and have been continuously employed in my current position since that time. My duties routinely include the investigation of violations of the federal criminal statutes concerning or pertaining to immigration offenses.

2. This affidavit is submitted as evidence of probable cause supporting the issuance of an arrest warrant for Carlos Heriberto Mendoza-Martinez ("MENDOZA"), an alien who was removed from the United States subsequent to a felony conviction, for unlawfully reentering the United States without the express consent of the Attorney General or Secretary of Homeland Security, in violation of 8 U.S.C. § 1326(a), (b)(1). This affidavit does not set forth all information known to your affiant about this case and is being submitted for the limited purpose of providing sufficient information to establish probable cause.

3. In the course of investigating this matter, I have obtained information through law enforcement channels and the official Alien File ("A-File") numbered A087 434 846. This file is maintained in the name of Carlos Heriberto Mendoza-

Martinez and contains this individual's biographical information, family history, records of encounters with ICE, conviction records, immigration petitions, photographs and fingerprints. Based on the review of this A-File, I have concluded that it does in fact pertain to the defendant in this matter.

4. The A-File, court documents, and other law enforcement records reflect the following information relative to this individual:

- a. MENDOZA is a citizen and national of Mexico.
- b. His date of birth is XXXX XX, 1992, and his name is correctly reflected in this affidavit and the complaint to which it is attached.
- c. MENDOZA initially entered the United States at an unknown place and date.
- d. On March 16, 2009, in the Superior Court of North Carolina in Durham County, a grand jury returned a two-count indictment charging MENDOZA with murder and assault with a deadly weapon with intent to kill inflicting serious injury, in violation of North Carolina General Statute ("NCGS") §§ 14-17 and 14-32(a). An arrest warrant was subsequently issued.
- e. On April 8, 2009, at the Hidalgo Port of Entry in Hidalgo, Texas, MENDOZA was paroled into the United States by U.S. Customs and Border Protection for the purpose of prosecution. He was thereafter arrested by the U.S. Marshal's Service pursuant to the outstanding warrant and transported to Durham County, North

2

Carolina.

f. On May 12, 2010, in the Superior Court of North Carolina in Durham County, MENDOZA was convicted of involuntary manslaughter, in violation of NCGS § 14-18. MENDOZA was sentenced to a term of imprisonment of between 44 and 62 months. The court mandated that MENDOZA be transferred to ICE custody upon completion of his state sentence. Included in the judgment was a finding by the court that MENDOZA was an active member of the Nortenos street gang.

g. On June 10, 2010, in a state prison in Henderson County, North Carolina, MENDOZA was served in-person with Form I-862, *Notice to Appear*.

h. On February 14, 2013, MENDOZA completed his prison sentence and was transferred to ICE custody.

i. On May 22, 2013, in Lumpkin, Georgia, the Executive Office for Immigration Review ordered MENDOZA removed from the United States to Mexico.

j. On July 11, 2013, at Laredo, Texas, MENDOZA was advised of the penalties for reentry and removed from the United States to Mexico.

k. Sometime on or after July 11, 2013, MENDOZA unlawfully reentered the United States of his own volition without obtaining

3

the express consent of the Attorney General or the Secretary of Homeland Security.

l. On April 28, 2021, in Durham County, North Carolina, MENDOZA was arrested by local authorities and charged with assault with a deadly weapon inflicting serious injury and assault on a female. According to the associated warrant, the weapon was a semi-automatic handgun. Fingerprints taken subsequent to that arrest were submitted to ICE and FBI databases and returned a positive biometric match to those taken by ICE prior to MENDOZA's removal. ICE issued a detainer to the Durham County Sheriff's Department. On April 29, 2021, MENDOZA was street-released on bond. The victim subsequently declined to testify, and the pending charges were dismissed.

m. On June 25, 2024, in Durham County, North Carolina, MENDOZA was arrested by the Durham Police Department and charged with misdemeanor crime of domestic violence and two counts of assault on a female. According to the responding officer's incident report, at the time of the alleged assault MENDOZA was in possession of a semi-automatic handgun. Fingerprints taken at the Durham County jail subsequent to this arrest were submitted to ICE and FBI databases and returned a positive biometric match to those taken by ICE prior to MENDOZA's removal. ICE issued a detainer

4

to the Durham County Sheriff's Department. MENDOZA was street-released by the Durham County Sheriff's Department pending further court proceedings.

n. On July 17, 2024, at the Durham County Courthouse in Durham, North Carolina, MENDOZA was arrested by ICE Officer Robert Watkins.

o. On August 12, 2024, at Brownsville, Texas, MENDOZA was advised of the penalties for reentry and removed from the United States to Mexico.

p. Sometime on or after August 12, 2024, MENDOZA unlawfully reentered the United States of his own volition without obtaining the express consent of the Attorney General or the Secretary of Homeland Security.

5. On the morning of September 20, 2025, ICE Officers Robert Watkins and Robert Golightly conducted surveillance in the area of 3002 University Station in Durham, North Carolina. The surveillance was predicated upon open-source social media posts indicating that MENDOZA had re-entered the United States. MENDOZA was observed opening a gate in front of the residence and departing in a GMC pickup truck. The ICE officers followed. In light of MENDOZA's criminal history, gang affiliation, and law enforcement reports of firearm possession, they notified the North Carolina Highway Patrol ("NCHP") and requested assistance with a vehicle stop. At approximately 10:00 a.m., in the area of 1951 Cheek Road in Durham, ICE and NCHP

5

initiated a vehicle stop. Officer Watkins identified and arrested MENDOZA without incident. MENDOZA was transported to the ICE office in Cary, North Carolina. Upon submission, MENDOZA's fingerprints resulted in a positive biometric match to those taken by ICE prior to his removal in 2024.

6. MENDOZA is currently in ICE custody at the Alamance County Detention Center in Graham, North Carolina.

7. Based on the foregoing, your Affiant believes that there is probable cause to believe that Carlos Heriberto Mendoza-Martinez, an alien who had previously been deported and removed from the United States subsequent to a conviction for a felony unlawfully reentered the United States without the express consent of the Attorney General or Secretary of Homeland Security, in violation of 8 U.S.C. § 1326(a), (b)(1), and respectfully asks that the Court issue a warrant ordering his arrest for such crime.

Further your Affiant sayeth not.

Ronald Dorman
Deportation Officer
U.S. Immigration & Customs Enforcement

On this ____ day of September, 2025, Deportation Officer Ronald Dorman appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this affidavit.

L. Patrick Auld
United States Magistrate Judge
Middle District of North Carolina

6